# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 14 2019 ★
LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

DATE: November 14, 2019          TIME: 11:15 am (30 min)

CASE NUMBER:   2:19-cv-00057-SJF-AYS

CASE TITLE:    Cucinotta v. Personal-Touch Home Care of N.Y., Inc. et al

PLTFFS ATTY:   Michael Palitz
                X present          ___ not present

DEFTS ATTY:    Brendan Sweeney
             x present          ___ not present

COURT REPORTER: ___    COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

_X_ CASE CALLED.

___ ARGUMENT HEARD / CONT'D TO_____.

___ DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

OTHER: Defendant's letter motion for bifurcation of individual discovery and class discovery [50] is granted. Initial discovery, i.e., documentary discovery related to the manner in which defendants paid plaintiff, including the relevant compensation policies of all named defendants, and plaintiff's deposition are to be completed by 12/16/2019. Motions for conditional certification and class certification are stayed pending a determination of any motion for summary judgment on the merits of plaintiff's individual claims or further order of this

Court.    A further status conference is scheduled before Judge Feuerstein on 2/18/2020 at 11:15 am.